People v Ortiz (2024 NY Slip Op 01480)

People v Ortiz

2024 NY Slip Op 01480

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., CURRAN, MONTOUR, OGDEN, AND KEANE, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (442/23) KA 20-00232.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
OMAR ORTIZ, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.